```
                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA


CAROLYN SANGERVASI,           )
                              )
          Plaintiff(s),       )   No. C10-4810 BZ
                              )
     v.                       )   BRIEFING ORDER
                              )
TARGET CORPORATION, et al.,   )
                              )
                              )
          Defendant(s).       )
_____)
```

Having received defendants' motion to dismiss, **IT IS ORDERED** as follows:

1. Any opposition to defendants' motion shall be filed by **November 16, 2010.** Any reply shall be filed by **November 24, 2010**.

2. The motion is scheduled to be heard on **December 15, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. By no later than **November 16, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be

1

1 | found on the court's website at:
2 | http://www.cand.uscourts.gov
3 |
4 | Dated: November 1, 2010
5 |
6 | _____
7 | Bernard Zimmerman
  | United States Magistrate Judge
8 |
  | G:\BZALL\-BZCASES\SANGERVASI V. TARGET\BRIEFING ORDER.wpd

2