UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SANGERVASI,<br><br>   Plaintiff(s),<br><br>   v.<br><br>TARGET CORPORATION, et al.,<br><br>   Defendant(s). | No. C10-4810 BZ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

Construing removal jurisdiction strictly, I find that defendants have failed to establish that Amy Dabner was named as a "sham defendant." I find that plaintiff can amend her complaint to state a cause of action against Ms. Dabner under the settled law of California. See for example <u>Roby v. McKesson Corp.</u>, 47 Cal.4th, 686, 709 (2009); <u>Niami v. Federal Express Print Services, Inc.</u>, 2010 WL 958045 (N.D.Ca 2010). **IT IS THEREFORE ORDERED** that plaintiff's motion for remand is **GRANTED**. The Clerk shall transfer the file to the Marin County Superior Court. The Court no longer having

///

///

1

jurisdiction, defendant's motion to dismiss is **TAKEN OFF CALENDAR**.

Dated: February 9, 2011

                     Bernard Zimmerman
                  United States Magistrate Judge

G:\BZALL\-BZCASES\SANGERVASI V. TARGET\ORDER GRANTING PLTF MOTION TO REMAND.wpd